PD-1358-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/21/2015 10:32:06 AM
Accepted 12/21/2015 10:43:20 AM
ABEL ACOSTA
CLERK

**NO. PD-1358-15**
**NO. PD-1359-15**
**NO. PD-1360-15**
**NO. PD-1361-15**

---

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

APPEAL FROM THE FOURTEENTH COURT OF APPEALS OF TEXAS
NO. 14-14-00307-CR
NO. 14-14-00308-CR
NO. 14-14-00309-CR
NO. 14-14-00310-CR

---

## Eric Lynn Baumgart
*Appellant*

VERSUS

## The State of Texas
*Appellee*

---

# SUPPLEMENT TO NOTICE OF INCOMPLETE RECORDS

---

Respectfully submitted by:

**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

## TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

INTO COURT COMES, ERIC LYNN BAUMGART, the Appellant, through the undersigned Attorney, who files this Supplement to Notice of Incomplete Records and would respectfully show the Court as follows:

## RESTORATION OF PURGED RECORDS

1.     On December 17, 2015 Appellant reported to the Court of Criminal Appeals that his trial records were incomplete and that certain records had been purged from public Internet access.

2.     The next day the District Clerk's Office restored the purged records; however, no explanation about why or who purged them was given. *See* Exhibits 1, 2, and 3. These circumstances are suspicious and warrant investigation.

3.     It is not reasonable to believe that the purging of Appellant's records was accidental and it begs the question about what else has been altered.

## RELIEF STILL SOUGHT

4.     Appellant still requests the relief sought in his original notice of incomplete records and now Appellant requests the Court of Criminal Appeals to order the District Clerk to explain under oath the circumstances of the purging.

Respectfully submitted by:

_____
**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4(i)(3) of the Texas Rules of Appellate Procedure, it is certified that this document contains 174 words for included sections as defined under Rule 9.4(i)(1) and that it is compliant with Rule 9.4(i)(3)(D).

# CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(d) of the Texas Rules of Appellate Procedure, it is certified that a true copy of these papers were served on the following parties:

**State Prosecuting Attorney**
PO Box 13046
Austin, Texas 78711
Via: *Email to lisa.mcminn@spa.texas.gov*

**Harris County District Attorney**
Appellate Division
1201 Franklin Street, Suite 600
Houston, Texas 77002
Via: *Email to curry_alan@dao.hctx.net*
*Email to mccrory_daniel@dao.hctx.net*

**Texas Attorney General**
General Litigation Division
PO Box 12548
Austin, Texas 78711-2548
Via: *Email to const_claims@texasattorneygeneral.gov*

_____
**Michael D. Gillespie**
Texas Bar Card No. 07926500

# EXHIBIT 1



**Mike Gillespie <226sheldon@gmail.com>**

## FW: Ticket 19151 Open --> 19094950101010: The attorney is unable to view ...

**DCSA (DCO)** <DCSA@hcdistrictclerk.com>                                    Fri, Dec 18, 2015 at 1:16 PM
To: "226sheldon@gmail.com" <226sheldon@gmail.com>

Please try that case again now sir and it should be good on the website.

Thank you,

*Nick Radack*

Help Desk Technician

Technical Support

201 Caroline, Ste 230

www.hcdistrictclerk.com

---

**From:**
**Sent:** Friday, December 18, 2015 1:03 PM
**To:** DCSA (DCO)
**Cc:**
**Subject:** RE: Ticket 19151 Open --> 19094950101010: The attorney is unable to view ...

Hello,

Please try now, the case has been reran thru our security logic and is now public.

| | Image Number | Pages | Document Type | Order Type | Order Date | | |
|---|---|---|---|---|---|---|---|
| ☐ | 67288196 | 2 | CASE FILE | FOURTEENTH COURT OF APPEALS | 10/2/2015 | Send To Imaging | Add To Basket |
| ☐ | 67311301 | 1 | CASE FILE | MANDATE REVERSED AND DISMISSED | 10/2/2015 | Send To Imaging | Add To Basket |
| ☐ | 67311303 | 1 | CASE FILE | COMPLAINT DISMISSED | 10/2/2015 | Send To Imaging | Add To Basket |
| ☐ | 67318681 | 2 | COMBINED MINUTES | OTCDIR - COURT DIRECTIVE | 10/2/2015 | Send To Imaging | Add To Basket |
| ☐ | 67237227 | 1 | CASE FILE | PLEASE BE ADVISED THAT ON THIS DATE THE MANDATE WAS ISSUED IN THE ABOVE CAUSE. | 9/30/2015 | Send To Imaging | Add To Basket |
| ☐ | 66298552 | 1 | COMBINED MINUTES | ATFV - ATTORNEY - FEE VOUCHER (COUNTY) | 7/20/2015 | Send To Imaging | Add To Basket |
| ☐ | 66300777 | 68 | COMBINED MINUTES | OTPAY - EXPENSE PAYMENT | 7/20/2015 | Send To Imaging | Add To Basket |
| ☐ | 66139115 | 13 | COMBINED MINUTES | APOP - APPEAL - OPINION OF COURT | 6/30/2015 | Send To Imaging | Add To Basket |
| | | | | APJDG - APPEAL-JUDGMENT | 6/30/2015 | | |
| ☐ | 64225224 | 1 | COMBINED MINUTES | TRSEXH - TRIAL - STATES EXHIBITS | 12/17/2014 | Send To Imaging | Add To Basket |
| ☐ | 61645554 | 1 | CASE FILE | PLEASE BE ADVISED THAT ON THIS DATE, THE CLERKS RECORD HAS BEEN RECEIVED AND FILED | 7/16/2014 | Send To Imaging | Add To Basket |
| ☐ | 61384721 | 6 | CASE FILE | DESIGNATION OF ADDITIONAL RECORD ON APPEAL | 6/26/2014 | Send To Imaging | Add To Basket |

Thanks,

Technical Services

for Chris Daniel, District Clerk

Harris County, Texas

Please visit us at http://www.hcdistrictclerk.com

**From:** Help Desk Ticket (DCO)
**Sent:** Friday, December 18, 2015 11:42 AM
**To:** (DCO) SDE Programmers
**Subject:** Ticket 19151 Open --> 19094950101010: The attorney is unable to view ...

TICKET 19151

**Client**

**Name:** Public User <dcsa@hcdistrictclerk.com>

**Location:** CCH

**Phone:** 7137557815

**Floor:** 2

**Room Number / Court:** 230

**Ticket Info**

**Ticket No.:** 19151

**Report Date:** 12/18/2015 11:36 am

**Due Date:** 12/21/2015 9:36 am

**Reporter:** Antonio Burgos <antonio.burgos@hcdistrictclerk.com>

**Location:** CCH

**Department:** Network Support

**Tech:** Programmers <dcosdeprogrammers@hcdistrictclerk.com>

**Priority:** Medium

**Status:** Open

**Request Type:** Applications > DCO - Website

**Subject:** 19094950101010

**Request Detail:**

The attorney is unable to view this case in Search Our Records

Atty Eric Baumgart
226sheldon@gmail.com

**Notes**



| Date | Name | Note Text |
|------|------|-----------|

**Recipients**

Programmers <dcosdeprogrammers@hcdistrictclerk.com>

TICKET

# EXHIBIT 2

# Criminal Search Results

Total records generated for printing is 24 (limit of 5,000, search results may vary)

| Case(Cause)# | Style | File Date | Court | Status | Type of Action/Offense |
|---|---|---|---|---|---|
| 139561201010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561301010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561401010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561501010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561601010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 190949501010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 190949601010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 190949701010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 190949801010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 190949901010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 138216601010-3 Appeal(P) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 3/27/2013 | 183 | **Defendant:** JAIL(J) **Disposition:** Probation (PROB) | TAMPERING WITH RECORD (F) |
| 137072201010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 12/11/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | TAMPER GOVT RECORD (F) |
| 186704701010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 12/10/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 137023001010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 12/6/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 186294801010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 11/17/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 136242801010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243101010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243201010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243301010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243401010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | TAMPER GOVT RECORD (F) |
| 185330001010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 185330101010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 185330201010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 185330301010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |

# EXHIBIT 3

**HCDistrictclerk.com**      The State of Texas vs. BAUMGART, ERIC L (SPN:          12/18/2015
01892742)
Cause: 190949501010     CDI: 2      Court: 6

## RELATED CASES
No related cases found.

## BOOKINGS
No Bookings found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 7/24/2013 |
| **Case (Cause) Status** | Dismissed |
| **Offense** | VIO PRIV INV/SEC ACT |
| **Last Instrument Filed** | |
| **Case Disposition** | DISM-100215 |
| **Case Completion Date** | 10/2/2015 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $1,000.00 |
| **Next/Last Setting Date** | 10/2/2015 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | W / M | **Height/Weight** | |
| **Eyes** | | **Hair** | |
| **Skin** | | **Build** | |
| **DOB** | 1/4/1970 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | XX |
| **Address** | | PO BOX 613 NOME TX77629 | |
| **Markings** | | | |

### COURT DETAILS

| | |
|---|---|
| **Court** | 6th |
| **Address** | 1201 Franklin (Floor: 9) Houston, TX 77002 Phone:7137556200 |
| **JudgeName** | Larry Standley |
| **Court Type** | Criminal |

## APPEALS

| Date | Description | SNU |
|---|---|---|
| 06/30/2015 | OPINION FILED | 990 |
| 05/04/2015 | DIS ATTY - CHECKED IN RECO | 991 |
| 01/13/2015 | RECORD CHECKED OUT - D.A. | 992 |
| 07/21/2014 | STATEMENT OF FACTS | 993 |
| 07/15/2014 | MAILED TO FOURTEENTH COURT | 994 |
| 04/30/2014 | ASSIGN COURT OF APPEAL CAS | 995 |
| 04/30/2014 | CASE: 14-14-00306-CR | 0 |
| 04/25/2014 | ASSIGN COURT OF APPEAL CAS | 996 |

| 04/25/2014 | CASE: 14-14-00306-CR | 0 |
| 04/03/2014 | FOURTEENTH COURT OF APPEAL | 997 |
| 03/13/2014 | SENTENCE IMPOSED | 998 |
| 03/13/2014 | NOTICE OF APPEAL | 999 |
| 07/11/2014 | NEXT- TRANSMIT TRANSCRIPT DUE | 0 |

## BONDS

| Date | Type | Description | SNU |
|------|------|-------------|-----|
| 03/13/2014 | BOND FILED | CRT 6 TIME 1500 TYPE APPEAL | |
| 03/13/2014 | BOND MADE | AMT $5000 DATE 03/13/14 RCPT # | |
| 03/13/2014 | BONDSMAN | PERSONAL BOND, PTR | |
| 07/26/2013 | BOND FILED | CRT 6 TIME 1200 TYPE PERSONAL PTR | |
| 07/26/2013 | BOND MADE | AMT $5000 DATE 07/26/13 RCPT # | |
| 07/26/2013 | BONDSMAN | PERSONAL BOND, PTR | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 07/24/2013 | CI/MID | TIME 1205 AMOUNT $5000 | 999 |
| 07/24/2013 | | ACKNOWLEDGED BY SHERIFF | |
| 08/02/2013 | SERVICE ACTIVITY | RETURNED UNEXECUTED ON 07/26/13 | |
| 08/02/2013 | | RECEIPTED BY CLERK | |
| 03/13/2014 | BOND FILED | CRT 6 TIME 1500 TYPE APPEAL | |
| 03/13/2014 | BOND MADE | AMT $5000 DATE 03/13/14 RCPT # | |
| 03/13/2014 | BONDSMAN | PERSONAL BOND, PTR | |
| 07/26/2013 | BOND FILED | CRT 6 TIME 1200 TYPE PERSONAL PTR | |
| 07/26/2013 | BOND MADE | AMT $5000 DATE 07/26/13 RCPT # | |
| 07/26/2013 | BONDSMAN | PERSONAL BOND, PTR | |
| 07/24/2013 | GRAND JURY ACTION | MID 07/24/13 G208 | 999 |
| 07/24/2013 | GRAND JURY ACTION | ROTATION CRT 006 OFF FREQ BND $5000 | |
| 07/24/2013 | GRAND JURY ACTION | OFFENSE VIO PRIV INV/SEC ACT LEVEL MA | |
| 07/24/2013 | ORI | HARRIS COUNTY D. A. OFFENSE NO: PS1212 | |
| 05/14/2014 | ATTORNEY | SANTOS, RENATO JR. | 999 |
| 05/14/2014 | ATTORNEY | AAA COURT 006 CFI 6 | |
| 05/14/2014 | JUDGE | STANDLEY, LARRY PRESIDING | |
| 10/02/2015 | C87 ACTIVITY | DISM OTHER STATUS D CFI 6 | 995 |
| 10/02/2015 | C87 ACTIVITY | REV DISM STATUS D CFI 6 | 996 |
| 03/13/2014 | C87 ACTIVITY | BOND APP STATUS B CFI 6 | 997 |
| 03/13/2014 | C87 TYPE OF BOND | APPEAL FOR $5000 | |
| 03/13/2014 | C87 ACTIVITY | BOND SET STATUS B CFI 6 | 998 |
| 03/13/2014 | C87 TYPE OF BOND | APPEAL FOR $1000 | |
| 07/26/2013 | C87 ACTIVITY | BOND APP STATUS B CFI 6 | 999 |
| 07/26/2013 | C87 TYPE OF BOND | PERSONAL PTR FOR $5000 | |

|            |              | PROBATION START DATE 03/13/14 | SNU: 999 |     |
|------------|--------------|-------------------------------|-----------|-----|
|            |              | PROBATION END DATE            | 03/12/16  |     |
| 07/20/2015 | MOTIONS      | COMP APPT COUNS APPL          |           | 980 |
| 07/20/2015 | MOTIONS      | FILED CFI 6                   |           |     |
| 04/08/2014 | MOTIONS      | MO NEW TRIAL                  |           | 981 |
| 04/08/2014 | MOTIONS      | FILED CFI 6                   |           |     |
| 10/11/2013 | MOTIONS      | MO QUASH SUBOENA DUC          |           | 982 |
| 10/11/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 10/11/2013 | MOTIONS      | MO DISM FOR PROSECUT          |           | 983 |
| 10/11/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 10/07/2013 | MOTIONS      | MO CONTINUANCE                |           | 984 |
| 10/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 09/23/2013 | MOTIONS      | MO CUMULATE SENTENCE          |           | 985 |
| 09/23/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 09/23/2013 | MOTIONS      | STATES MO LIMINE              |           | 986 |
| 09/23/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 09/23/2013 | MOTIONS      | MO DISCLOSE EXPERTS           |           | 987 |
| 09/23/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 09/05/2013 | MOTIONS      | DISCVRY                       |           | 988 |
| 09/05/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 09/04/2013 | MOTIONS      | DISCVRY                       |           | 989 |
| 09/04/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/10/2013 | MOTIONS      | MO PROSE DEFENCE              |           | 990 |
| 08/10/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | COMMUNITY SUPERVISOI          |           | 991 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | LIMINE                        |           | 992 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | JURY SLCT DOCMNT              |           | 993 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | VOID DIRE EXPERT WIT          |           | 994 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | PROD EXCULP EVID              |           | 995 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | DISCLOSE EVID/WITNES          |           | 996 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/07/2013 | MOTIONS      | DISLCOSE OF INFORMAN          |           | 997 |
| 08/07/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/08/2013 | MOTIONS      | ST REQUEST FARET HEA          |           | 998 |
| 08/08/2013 | MOTIONS      | FILED CFI 6                   |           |     |
| 08/05/2013 | MOTIONS      | MO QUASH INDICTMENT           |           | 999 |

| 08/05/2013 | MOTIONS | FILED CFI 6 | |
| 07/20/2015 | ORDER | ATTORNEY FEE VOUCHER | 990 |
| 07/20/2015 | ORDER | ATTY FEE AMT $1843.00 | 990 |
| 07/20/2015 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 07/20/2015 | ORDER | GRANT COMP APPT COUNS APPL | 991 |
| 07/20/2015 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 05/27/2014 | ORDER | NEW TRIAL DENIED | 992 |
| 05/27/2014 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | MO QUASH INDICTMENT DENIED | 993 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | GRT MO QUASH SUBOEPNA DUCES | 994 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | MO CONSOLIDATE CASES DENIED | 995 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | GRT DISCOVERY | 996 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/15/2013 | ORDER | GRR ORD DIRECTING PROD RECO | 997 |
| 11/15/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 08/02/2013 | ORDER | TRANSFER MOTION GRT | 998 |
| 08/02/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 07/25/2013 | ORDER | MID TR FROM 183RD 1395612 | 999 |
| 07/25/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 10/02/2015 | COURT ORDER | DISMISSAL | 998 |
| 10/02/2015 | DISMISSAL REASON | OTHER | |
| 10/02/2015 | JUDG OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 03/13/2014 | JUDGMENT | PROBATION BY JURY TRIAL | 999 |
| 03/13/2014 | PENALTY | 1 YEAR | 999 |
| 03/13/2014 | PENALTY | PROBATED FOR 2 YEARS | 999 |
| 03/13/2014 | PENALTY | SUP FEE $0 | 999 |
| 03/13/2014 | JUDG OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 139561501010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561601010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561401010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Disposed (DISP) 7/25/2013 | | |
| 139561201010-3Dismissed(D) | BAUMGART, ERIC L | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561301010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 190949601010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 | | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 190949701010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 | | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 190949501010-2Dismissed(D) | BAUMGART, ERIC L | 7/24/2013 | | 6 | Disposed(D) | Dismissed (DISM) 10/2/2015 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 10/2/2015 |
| 190949901010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 | | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 190949801010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 | | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 138216601010-3Appeal(P) | BAUMGART, ERIC | 3/27/2013 3/20/2014 | | 183 | JAIL(J) | Probation (PROB) 3/20/2014 | $5,000.00 | TAMPERING WITH RECORD (F) | 9/23/2014 |
| 137072201010-3Dismissed(D) | BAUMGART, ERIC | 12/11/2012 | | 183 | Disposed(D) | Dismissed (DISM) 3/19/2013 | $20,000.00 | TAMPER GOVT RECORD (F) | 3/19/2013 |
| 186704701010-2Dismissed(D) | BAUMGART, ERIC L | 12/10/2012 | | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 137023001010-3Dismissed(D) | BAUMGART, ERIC L | 12/6/2012 | | 183 | Disposed(D) | Disposed (DISP) 12/10/2012 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 186294801010-2Dismissed(D) | BAUMGART, ERIC L | 11/17/2012 11/17/2012 | | 6 | Disposed(D) | Dismissed (DISM) 12/13/2012 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 12/13/2012 |
| 136243301010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243201010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136242801010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243101010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243401010-3Dismissed(D) | BAUMGART, ERIC L | 9/25/2012 | | 183 | Disposed(D) | Dismissed (DISM) 12/13/2012 | $10,000.00 | TAMPER GOVT RECORD (F) | 12/13/2012 |
| 185330201010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 185330101010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| | BAUMGART, ERIC | 9/25/2012 | | 6 | Disposed(D) | | $1,000.00 | | 6/26/2013 |

| 185330001010-2Dismissed(D) | | | | | Dismissed (DISM) 6/26/2013 | | VIO PRIV INV/SEC ACT (M) | |
|---|---|---|---|---|---|---|---|---|
| 185330301010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| STANDLEY, LARRY | JUDGE - CRIMINAL | | 02618039 |
| SANTOS, RENATO JR. | APPOINTED ATTY ON APPEAL | | 67646450 |
| PERSONAL BOND, PTR | BONDSMAN ON APPEAL | | 00002404 |
| BAUMGART, ERIC L | PRO SE | | 01892742 |
| PERSONAL BOND, PTR | PREVIOUS BONDSMAN | | 00002404 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 8/02/2013 09:00 AM | 6 | Motions Docket | Arraignment | Reset | Present | 10/22/2013 12:00:00 AM | | Absent |
| 10/11/2013 09:00 AM | 6 | Motions Docket | Motion Hearing | Reset | Present | 11/1/2013 12:00:00 AM | | Absent |
| 10/22/2013 09:00 AM | 6 | Motions Docket | Jury Trial | Reset | Data Unavailable | 10/11/2013 12:00:00 AM | | Absent |
| 11/01/2013 09:00 AM | 6 | Motions Docket | Motion Hearing | Reset | Data Unavailable | 11/14/2013 12:00:00 AM | | Absent |
| 11/14/2013 09:00 AM | 6 | Motions Docket | Motion Hearing | Reset | Data Unavailable | 3/10/2014 12:00:00 AM | | Absent |
| 3/10/2014 09:00 AM | 6 | Motions Docket | Jury Trial | | Data Not Entered | 3/11/2014 12:00:00 AM | | Absent |
| 3/11/2014 09:00 AM | 6 | Motions Docket | Jury Trial | | Data Not Entered | 3/12/2014 12:00:00 AM | | Absent |
| 3/12/2014 09:00 AM | 6 | Motions Docket | Jury Trial | | Data Not Entered | 3/13/2014 12:00:00 AM | | Absent |
| 3/13/2014 09:00 AM | 6 | Motions Docket | Jury Trial | Jury Conviction Court Punishment Probation | Data Not Entered | 1/1/0001 12:00:00 AM | | Absent |
| 5/27/2014 09:00 AM | 6 | Motions Docket | Other | Motion Denied | Present | 1/1/0001 12:00:00 AM | | Absent |
| 10/02/2015 09:00 AM | 6 | Motions Docket | Dismissal | Mandate Of Dismissal | Data Not Entered | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| BAUMGART, ERIC | | W | M | 1/4/1970 | 01892742 |
| BAUMGART, ERIC L | Yes | W | M | 1/4/1970 | 01892742 |

## PAYMENT PLAN

**Total Due: $462.00     Total Paid: $0.00     Payoff Amt: $464.00     Past Due: $0.00     Judgment Date: 3/13/2014**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 67288196 | FOURTEENTH COURT OF APPEALS | | 10/02/2015 | 2 |
| 67311301 | MANDATE REVERSED AND DISMISSED | | 10/02/2015 | 1 |
| 67311303 | COMPLAINT DISMISSED | | 10/02/2015 | 1 |
| 67318681 | COURT DIRECTIVE | | 10/02/2015 | 2 |
| 67297227 | PLEASE BE ADVISED THAT ON THIS DATE THE MANDATE WAS ISSUED IN THE ABOVE CAUSE. | | 09/30/2015 | 1 |
| 66298552 | ATTORNEY - FEE VOUCHER (COUNTY) | | 07/20/2015 | 1 |
| 66300777 | EXPENSE PAYMENT | | 07/20/2015 | 68 |
| 66139115 | APPEAL - OPINION OF COURT | | 06/30/2015 | 13 |
| | APPEAL- JUDGMENT | | 06/30/2015 | |
| 64225224 | TRIAL - STATES EXHIBITS | | 12/17/2014 | 1 |
| 61645554 | PLEASE BE ADVISED THAT ON THIS DATE, THE CLERKS RECORD HAS BEEN RECEIVED AND FILED | | 07/16/2014 | 1 |
| 61384721 | DESIGNATION OF ADDITIONAL RECORD ON APPEAL | | 06/26/2014 | 6 |
| 65184812 | ARGUMENTS AND BRIEF ON MATION FOR ARREST OF JUDGMENT AND MOTION FOR NEW TRIAL | | 05/27/2014 | 8 |
| ·> 65184813 | EXHIBIT M1 | | 05/27/2014 | 2 |
| ·> 65184822 | EXHIBIT M10 | | 05/27/2014 | 2 |
| ·> 65184823 | EXHIBIT M11 | | 05/27/2014 | 2 |
| ·> 65184824 | EXHIBIT M12 | | 05/27/2014 | 4 |
| ·> 65184825 | EXHIBIT M13 | | 05/27/2014 | 2 |
| ·> 65184826 | EXHIBIT M14 | | 05/27/2014 | 2 |
| ·> 65184827 | EXHIBIT m15 | | 05/27/2014 | 2 |
| ·> 65184828 | EXHIBIT m16 | | 05/27/2014 | 2 |
| ·> 65184829 | EXHIBIT m17 | | 05/27/2014 | 2 |
| ·> 65184831 | EXHIBIT m18 | | 05/27/2014 | 2 |
| ·> 65184832 | EXHIBIT m19 | | 05/27/2014 | 1 |
| ·> 65184814 | EXHIBIT M2 | | 05/27/2014 | 2 |
| ·> 65184833 | EXHIBIT m20 | | 05/27/2014 | 1 |
| ·> 65184834 | EXHIBIT m21 | | 05/27/2014 | 1 |
| ·> 65184835 | EXHIBIT m22 | | 05/27/2014 | 1 |
| ·> 65184836 | EXHIBIT m23 | | 05/27/2014 | 1 |

| | | | |
|---|---|---|---|
| ·> 65184837 | EXHIBIT m24 | 05/27/2014 | 1 |
| ·> 65184838 | EXHIBIT m25 | 05/27/2014 | 1 |
| ·> 65184839 | EXHIBIT m26 | 05/27/2014 | 1 |
| ·> 65184840 | EXHIBIT m27 | 05/27/2014 | 1 |
| ·> 65184841 | EXHIBIT m28 | 05/27/2014 | 1 |
| ·> 65184842 | EXHIBIT m29 | 05/27/2014 | 1 |
| ·> 65184815 | EXHIBIT M3 | 05/27/2014 | 2 |
| ·> 65184816 | EXHIBIT M4 | 05/27/2014 | 2 |
| ·> 65184817 | EXHIBIT M5 | 05/27/2014 | 2 |
| ·> 65184818 | EXHIBIT M6 | 05/27/2014 | 2 |
| ·> 65184819 | EXHIBIT M7 | 05/27/2014 | 2 |
| ·> 65184820 | EXHIBIT M8 | 05/27/2014 | 2 |
| ·> 65184821 | EXHIBIT M9 | 05/27/2014 | 2 |
| 60925345 | CASE RESET FORM | 05/23/2014 | 1 |
| 60958126 | APPEAL - PAUPERS OATH ON APPEAL | 05/14/2014 | 1 |
| 60958130 | APPOINTING COUNSEL | 05/14/2014 | 1 |
| 60667615 | NOTICE OF APPEAL UPDATES | 05/02/2014 | 1 |
| 60647267 | nNO POST-JUDGMENT MOTION WAS FILED. | 04/30/2014 | 2 |
| 60634015 | nNO POST-JUDGMENT MOTION WAS FILED. | 04/25/2014 | 2 |
| 60471014 | MOTION FOR ARREST OF JUDGMENT AND MOTION FOR NEW TRIAL | 04/08/2014 | 28 |
| ·> 60471015 | PROPOSED ORDER | 04/08/2014 | 1 |
| ·> 60471017 | PROPOSED ORDER | 04/08/2014 | 1 |
| 60471268 | REQUEST FOR HEARING ON MOTION FOR ARREST OF JUDGMENT AND MOTION FOR NEW TRIAL | 04/08/2014 | 1 |
| 60291796 | NOTICE OF APPEAL UPDATES | 04/03/2014 | 1 |
| 60008179 | BAIL - BOND | 03/13/2014 | 2 |
| 60021831 | TRIAL- JURY CHARGE | 03/13/2014 | 6 |
| | TRIAL-SENTENCE/VERDICT | 03/13/2014 | |
| 60060235 | JUDGMENT | 03/13/2014 | 5 |
| 60291560 | APPEAL - NOTICE OF APPEAL | 03/13/2014 | 2 |
| 60291800 | APPEAL BOND SET IN THE AMOUNT OF $1000 | 03/13/2014 | 1 |
| 60291805 | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 03/13/2014 | 1 |
| 60291806 | APPEAL - NOTICE OF APPEAL | 03/13/2014 | 2 |
| 60291817 | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 03/13/2014 | 1 |
| 60291819 | APPEAL - NOTICE OF APPEAL | 03/13/2014 | 2 |
| 60291830 | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 03/13/2014 | 1 |
| 60291832 | APPEAL - NOTICE OF APPEAL | 03/13/2014 | 2 |
| 60291849 | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 03/13/2014 | 1 |
| 60291852 | APPEAL - NOTICE OF APPEAL | 03/13/2014 | 2 |
| 67305877 | JUDGMENT | 03/13/2014 | 2 |

| | | | |
|---|---|---|---|
| 60295939 | BRIEF ON CONSTITUTIONAL CHALLENGE | 03/10/2014 | 11 |
| 60295955 | SPECIAL PLEA ON DOUBLE JEOPARDY | 03/10/2014 | 8 |
| ·> 60295956 | AFFIDAVIT OF ERIC LYNN BAUMGART | 03/10/2014 | 2 |
| ·> 60295958 | PROPOSED ORDER | 03/10/2014 | 1 |
| 59782792 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/25/2014 | 1 |
| 59810087 | 36617 - SUBPOENA | 02/26/2014 | 1 |
| 59810008 | FREEfax Cover Sheet | 02/25/2014 | 1 |
| 59786103 | APPLICATION FOR SUBPOENA BY STATE | 02/25/2014 | 3 |
| 59810101 | 36633 - SUBPOENA | 02/26/2014 | 1 |
| 59810107 | 36634 - SUBPOENA | 02/26/2014 | 1 |
| 59810108 | 36635 - SUBPOENA | 02/26/2014 | 1 |
| 59810112 | 36636 - SUBPOENA | 02/26/2014 | 1 |
| 59810118 | 36637 - SUBPOENA | 02/26/2014 | 1 |
| 59810120 | 36638 - SUBPOENA | 02/26/2014 | 1 |
| 59810941 | 36639 - RETURN OF SUBPOENA | 02/26/2014 | 1 |
| 59810121 | 36639 - SUBPOENA | 02/26/2014 | 1 |
| 59848857 | 36640 - RETURN OF SUBPOENA | 03/03/2014 | 1 |
| 59810122 | 36640 - SUBPOENA | 02/26/2014 | 1 |
| 59810123 | 36641 - SUBPOENA | 02/26/2014 | 1 |
| 59939490 | 36642 - RETURN OF SUBPOENA | 03/09/2014 | 2 |
| 59810051 | 36642 - SUBPOENA | 02/26/2014 | 1 |
| 59810053 | 36643 - SUBPOENA | 02/26/2014 | 1 |
| 59810054 | 36644 - SUBPOENA | 02/26/2014 | 1 |
| 59810056 | 36645 - SUBPOENA | 02/26/2014 | 1 |
| 59952636 | 36646 - RETURN OF SUBPOENA | 03/10/2014 | 2 |
| 59810058 | 36646 - SUBPOENA | 02/26/2014 | 1 |
| 59939488 | 36647 - RETURN OF SUBPOENA | 03/09/2014 | 2 |
| 59810059 | 36647 - SUBPOENA | 02/26/2014 | 1 |
| 59939487 | 36648 - RETURN OF SUBPOENA | 03/09/2014 | 2 |
| 59810060 | 36648 - SUBPOENA | 02/26/2014 | 1 |
| 59939489 | 36649 - RETURN OF SUBPOENA | 03/09/2014 | 2 |
| 59810061 | 36649 - SUBPOENA | 02/26/2014 | 1 |
| 59810068 | 36650 - SUBPOENA | 02/26/2014 | 1 |
| 59810069 | 36651 - SUBPOENA | 02/26/2014 | 1 |
| 59940838 | 36652 - RETURN OF SUBPOENA | 03/10/2014 | 2 |
| 59810070 | 36652 - SUBPOENA | 02/26/2014 | 1 |
| 59810071 | 36653 - SUBPOENA | 02/26/2014 | 1 |
| 59810811 | 36654 - RETURN OF SUBPOENA | 02/26/2014 | 1 |
| 59810073 | 36654 - SUBPOENA | 02/26/2014 | 1 |
| 59940853 | 36655 - RETURN OF SUBPOENA | 03/10/2014 | 2 |
| 59810074 | 36655 - SUBPOENA | 02/26/2014 | 1 |
| 59815224 | 36656 - RETURN OF SUBPOENA | 02/27/2014 | 1 |

| | | | |
|---|---|---|---|
| 59810075 | 36656 - SUBPOENA | 02/26/2014 | 1 |
| 59815225 | 36657 - RETURN OF SUBPOENA | 02/27/2014 | 1 |
| 59810076 | 36657 - SUBPOENA | 02/26/2014 | 1 |
| 59815226 | 36658 - RETURN OF SUBPOENA | 02/27/2014 | 1 |
| 59810077 | 36658 - SUBPOENA | 02/26/2014 | 1 |
| 59875656 | 36659 - RETURN OF SUBPOENA | 03/04/2014 | 1 |
| 59810083 | 36659 - SUBPOENA | 02/26/2014 | 1 |
| 59939491 | 36660 - RETURN OF SUBPOENA | 03/09/2014 | 2 |
| 59810084 | 36660 - SUBPOENA | 02/26/2014 | 1 |
| 59809937 | FREEfax Cover Sheet | 02/25/2014 | 1 |
| 59737854 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| ·> 59778601 | 35433 - RETURN OF SUBPOENA | 02/25/2014 | 1 |
| ·> 59741649 | 35433 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59740745 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| ·> 59737855 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738179 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 2 |
| ·> 59744958 | 35494 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| ·> 59741643 | 35494 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59744959 | 35495 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| ·> 59741644 | 35495 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59744960 | 35496 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| ·> 59741645 | 35496 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59744954 | 35497 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| ·> 59741646 | 35497 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59744955 | 35498 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| ·> 59741647 | 35498 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59744957 | 35499 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| ·> 59741648 | 35499 - SUBPOENA | 02/21/2014 | 2 |
| ·> 59740739 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| ·> 59738180 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| ·> 59738181 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| ·> 59738182 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| ·> 59738183 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| ·> 59738184 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| ·> 59738185 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 2 |
| 59738207 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| ·> 59741642 | 35500 - SUBPOENA | 02/21/2014 | 1 |
| ·> 59740728 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| ·> 59738208 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738496 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| ·> 59744188 | 35503 - RETURN OF SUBPOENA | 02/21/2014 | 2 |
| ·> 59741640 | 35503 - SUBPOENA | 02/21/2014 | 1 |

| | | | |
|---|---|---|---|
| ·> 59740722 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| ·> 59738497 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738703 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| ·> 59741639 | 35504 - SUBPOENA | 02/21/2014 | 1 |
| ·> 59740578 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| 59744539 | APPLICATION FOR SUBPOENA BY STATE WITNESS IN COUNTY COURT | 02/19/2014 | 6 |
| 58380440 | TRIAL - DISCLOSE EXPERTS | 11/20/2013 | 3 |
| 58335072 | SUBPOENA | 11/18/2013 | 1 |
| 58335073 | SUBPOENA | 11/18/2013 | 1 |
| 58335074 | SUBPOENA | 11/18/2013 | 1 |
| 58326388 | TRIAL - PRODUCTION OF DOCUMENTS (FORMA PAUPERIS) | 11/15/2013 | 1 |
| 58297465 | CASE RESET FORM | 11/14/2013 | 1 |
| 58359154 | TRIAL - DISCOVERY | 11/14/2013 | 2 |
| 58375895 | OTHER - TO QUASH | 11/14/2013 | 3 |
| 58413929 | CONDITIONS OF BAIL | 11/14/2013 | 1 |
| 58713222 | TRIAL - CONSOLIDATE CASES | 11/14/2013 | 5 |
| 58237745 | ANSWER TO MOTION BY SHERIFF TO QUASH SUBPOENA | 11/10/2013 | 4 |
| 58215318 | DEFENDANT S ANSWER TO WAIVER OF ATTORNEY WARNINGS | 11/07/2013 | 5 |
| 58215317 | DEFENDANT S PRETRIAL FOCUS AND PROPOSED CASE MANAGEMENT PLAN | 11/05/2013 | 2 |
| 58102713 | CASE RESET FORM | 11/01/2013 | 1 |
| 59259507 | DEFENDANT'S PRETRIAL FOCUS AND PR0POSED CASE MANAGEMENT PLAN | 11/01/2013 | 2 |
| ·> 59259508 | CODE OF CRIMINAL PROCEDURE CHAPTER 21 INDICTMENT & INFORMATION ARTS 21.011 - 21.02 | 11/01/2013 | 40 |
| 60295942 | WAIVER OF ATTORNEY WARNINGS: | 11/01/2013 | 6 |
| ·> 60295943 | DEFENDANTS ANSWERS TO WAIVER OF ATTORNEY WARNINGS | 11/01/2013 | 5 |
| 57755434 | MOTION FOR COMMUNITY SUPERVISION | 10/11/2013 | 1 |
| 57784415 | MOTION TO QUASH SUBPOENA DUCES TECUM | 10/11/2013 | 3 |
| ·> 57784417 | PROPOSED ORDER | 10/11/2013 | 1 |
| ·> 57784416 | SUBPOENA DUCES TECUM | 10/11/2013 | 1 |
| 60295948 | MOTION TO QUASH SUBPOENA DUCES TECUM | 10/11/2013 | 3 |
| ·> 60295949 | SUBPOENA DUCES TECUM | 10/11/2013 | 1 |
| 60295950 | COURT SUBPOENA | 10/11/2013 | 6 |
| 60295951 | DUCES TECUM EXHIBIT | 10/11/2013 | 7 |
| 57720205 | CASE RESET FORM | 10/09/2013 | 1 |
| 57720266 | SUBPOENA BY STATE FOR WITNESS IN COUNTY CRIMINAL COURT | 10/09/2013 | 3 |
| 57699308 | MOTION FOR CONTINUANCE | 10/07/2013 | 4 |
| 57699305 | APPLICATION FOR SUBPOENA BY STATE FOR WITNESS IN COUNTY CRIMINAL COURT | 10/04/2013 | 1 |
| 57429177 | STATES DISCLOSURE OF EXPERTS | 09/23/2013 | 3 |
| ·> 57429179 | PROPOSED ORDER | 09/23/2013 | 1 |
| 57429178 | MOTION TO DISCLOSE EXPERTS | 09/23/2013 | 2 |
| 57429180 | STATE S MOTION IN LIMINE | 09/23/2013 | 1 |
| 57429181 | | 09/23/2013 | 4 |

|  | NOTICE OF INTENTION TO USE EVIDENCE OF PRIOR CONVICTIONS AND EXTRANEOUS OFFENSES |  |  |
| --- | --- | --- | --- |
| 57429182 | MOTION TO CUMULATE SENTENCE | 09/23/2013 | 1 |
| ·> 57429183 | PROPOSED ORDER | 09/24/2013 | 1 |
| 57464195 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57464199 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| ·> 57464200 | AFFIDAVIT | 09/23/2013 | 1 |
| ·> 57464212 | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 | 1 |
| 57464202 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57464208 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| ·> 57464209 | AFFIDAVIT | 09/23/2013 | 1 |
| ·> 57720726 | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 | 1 |
|  | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 |  |
|  | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 |  |
| ·> 57464210 | DAILY REPORT ON LAW ENFORCEMENT FORCE ACCOUNT WORK | 09/23/2013 | 4 |
| 57464211 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57464214 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57720725 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57398382 | SUPOENA DUCES TECUM | 09/20/2013 | 4 |
| 57398383 | SUPOENA DUCES TECUM | 09/20/2013 | 5 |
| 57398384 | SUPOENA DUCES TECUM | 09/20/2013 | 3 |
| 57398385 | SUPOENA DUCES TECUM | 09/20/2013 | 4 |
| 57398386 | SUPOENA DUCES TECUM | 09/20/2013 | 5 |
| 57429184 | NOTICE OF STATE BAR GRIEVANCE (concerning Thomas Heyward Carter III) | 09/20/2013 | 9 |
| 57340343 | SUBPOENA DUCES TECUM | 09/18/2013 | 2 |
| 57340344 | SUBPOENA DUCES TECUM | 09/18/2013 | 2 |
| 57274668 | SUBPOENA DUCES TECUM | 09/11/2013 | 1 |
| 57211546 | MOTION FOR DISCOVERY | 09/05/2013 | 3 |
| 57340309 | MOTION FOR DISCOVERY ORDER | 09/04/2013 | 4 |
| ·> 57340311 | EXHIBIT 1 | 08/29/2013 | 1 |
| ·> 57340312 | EXHIBIT 2 | 08/29/2013 | 2 |
| 56914149 | REQUEST TO EXERCISE PRO SE DEFENSE | 08/09/2013 | 1 |
| 56885718 | STATES REQUEST FOR FARETTA HEARING | 08/08/2013 | 3 |
| 56896635 | MOTION IN LIMINE TO LIMIT STATES ARGUMENT | 08/07/2013 | 2 |
| 56896636 | APPLICATION FOR COMMUNITY SUPERVISON FROM THE JURY | 08/07/2013 | 2 |
| 56896637 | MOTION IN LIMINE REGARDING APPLICATION FOR COMMUNITY SUPERVISION | 08/07/2013 | 2 |
| 56896638 | MOTION FOR PRODUCTION EXCULPATORY EVIDENCE | 08/07/2013 | 2 |
| ·> 56896639 | PROPOSED ORDER | 08/07/2013 | 2 |

| | | | |
|---|---|---|---|
| 56896640 | MOTION FOR DISCLOSURE OF EVIDENCE AND WITNESSES | 08/07/2013 | 2 |
| ·> 56896641 | PROPOSED ORDER | 08/07/2013 | 2 |
| 56896643 | MOTION FOR DISCLOSURE OF INFORMANTS | 08/07/2013 | 2 |
| ·> 56896644 | PROPOSED ORDER | 08/07/2013 | 1 |
| 56896654 | REQUEST FOR NOTICE OF STATES INTENTION TO USE EVIDENCE OF PRIOR CONVICTIONS | 08/07/2013 | 1 |
| 56896655 | REQUEST FOR NOTICE OF STATES INTENTION TO USE EVIDENCE OF EXTRANEOUS OFFENSES | 08/07/2013 | 1 |
| 56854690 | MOTION TO QUASH INDICTMENT | 08/05/2013 | 3 |
| 56863041 | TRANSFER ORDER | 08/02/2013 | 2 |
| 56754767 | BAIL - BOND | 07/26/2013 | 2 |
| 56749322 | CHARGING INSTRUMENT - MISDEMEANOR INDICTMENT | 07/24/2013 | 1 |
| 60291797 | INDICTMENT transfer from 1395612 | 07/24/2013 | 1 |
| 60291795 | APPEAL CARD | | 1 |
| 60291799 | CRIMINAL BILL OF COST | | 1 |
| 60295952 | STRIKE LIST | | 6 |
| 60295953 | DOCKET SHEET | | 8 |
| 60295954 | TEXAS CITY ATTORNEYS ASSOCIATION(DRAFTING ENFORCEABLE ORDINANCES) | | 8 |
| 60295959 | APPLICATION FOR WRIT OF HABEAS CORPUS | | 9 |
| ·> 60295960 | AFFIDAVIT OF ERIC LYNN BAUMGART | | 2 |
| ·> 60295972 | EXHIBIT 10 - MOTION TO DISMISS | | 1 |
| ·> 60295973 | EXHIBIT 11 - MOTION TO DISMISS | 06/26/2013 | 1 |
| ·> 60295974 | EXHIBIT 12 - MOTION TO DISMISS | | 1 |
| ·> 60295975 | EXHIBIT 13 - INDICTMENT | | 1 |
| ·> 60295976 | EXHIBIT 14 - INDICTMENT | | 1 |
| ·> 60295977 | EXHIBIT 15-INDICTMENT | | 1 |
| ·> 60295978 | EXHIBIT 16 - INDICTMENT | | 1 |
| ·> 60295979 | EXHIBIT 17 - INDICTMENT | | 1 |
| ·> 60295981 | EXHIBIT 18 - MOTION TO CUMULATE SENTENCE | | 1 |
| ·> 60295983 | EXHIBIT 19 - MOTION TO DISMISS | | 1 |
| ·> 60295962 | exhibit 2 - INDICTMENT transfer to 1853301 | 09/25/2012 | 1 |
| ·> 60295986 | EXHIBIT 20 - MOTION TO DISMISS | | 1 |
| ·> 60295963 | EXHIBIT 3 - INDICTMENT TRANSFER TO 1853302 | 09/25/2012 | 1 |
| ·> 60295964 | EXHIBIT 4 - INDICTMENT TRANSFER TO 1853303 | 09/25/2012 | 1 |
| ·> 60295965 | EXHIBIT 5 - INFORMATION 1862948 | | 1 |
| ·> 60295966 | EXHIBIT 6 - INDICTMENT | 12/06/2012 | 1 |
| ·> 60295967 | EXHIBIT 7 - MOTION TO DISMISS 1862948 | 12/13/2012 | 1 |
| ·> 60295970 | EXHIBIT 8 - MOTION TO DISMISS 1853300 | | 1 |
| ·> 60295971 | EXHIBIT 9 - MOTION TO DISMISS | | 1 |
| ·> 60295988 | PROPOSED ORDER | | 1 |
| ·> 60295989 | PROPOSED ORDER | | 1 |
| 65386733 | CHECKOUT CARD | | 2 |